BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
JASON H. LEE (Cal. Bar No. 253140)
JEREMY E. PENDREY (Cal. Bar No. 187075)
ROBERT J. DURHAM (N.Y. Bar No. 2973022)
  durhamr@sec.gov
KASHYA K. SHEI (Cal. Bar No. 173125)
  sheik@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104-4802
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>v.<br><br>AMERICAN EQUITIES, INC., AMERICAN EAGLE MORTGAGE MANAGEMENT, LLC, ROSS C. MILES and MAUREEN T. WILE,<br><br>                    Defendants. | Case No. 3:22-cv-00621-SB<br><br>JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |

JOINT ADR REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☒ Yes    ☐ No

    If not, provide an explanation:

    _____
    _____

2. The parties propose: (*check one of the following*)

    ☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

    _____
    _____

    ☐ (c) ADR may be helpful at a later date following completion of:

    _____
    _____

    ☒ (d) The parties believe the Court would be of assistance in preparing for ADR by:

    Facilitating the assistance of another judge to conduct a settlement conference pursuant to LR 16-4(e)(2)(B)(i).

JOINT ADR REPORT

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

DATED: June 27, 2023                    SECURITIES AND EXCHANGE COMMISSION

                                        By:   /s/ Bernard B. Smyth
                                              BERNARD B. SMYTH

                                        Attorney for Plaintiff Securities and Exchange Commission

DATED: June 27, 2023                    ANGELI LAW GROUP LLC

                                        By:   /s/ Peter D. Hawkes
                                              PETER D. HAWKES

                                        Attorney for Defendants American Equities, Inc., American Eagle Mortgage Management, LLC, and Ross C. Miles

DATED: June 27, 2023                    FEDERAL PUBLIC DEFENDER'S OFFICE

                                        By:   /s/ Mark Ahlemeyer
                                              MARK AHLEMEYER

                                        Attorney for Defendant Maureen T. Wile

## LR 11-1(D)(2) CERTIFICATION

I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

                                        /s/ Bernard B. Smyth
                                        BERNARD B. SMYTH

JOINT ADR REPORT