BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
JASON H. LEE (Cal. Bar No. 253140)
JEREMY E. PENDREY (Cal. Bar No. 187075)
ROBERT J. DURHAM (N.Y. Bar No. 2973022)
  durhamr@sec.gov
KASHYA K. SHEI (Cal. Bar No. 173125)
  sheik@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104-4802
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br>v.<br><br>AMERICAN EQUITIES, INC., AMERICAN EAGLE MORTGAGE MANAGEMENT, LLC, ROSS C. MILES and MAUREEN T. WILE,<br><br>                             Defendants. | Case No. 3:22-cv-00621-SB<br><br>THIRD JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE |

THIRD JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

Plaintiff Securities and Exchange Commission ("SEC") and Defendants American Equities, Inc., American Eagle Mortgage Management LLC, Ross C. Miles and Maureen T. Wile (collectively, "Defendants"), by and through their respective undersigned counsel, hereby respectfully submit the following Third Joint Stipulation and [Proposed] Order Modifying Case Schedule.

**STIPULATION**

WHEREAS, on April 27, 2022, the SEC filed its complaint in this action (Dkt. No. 1);

WHEREAS, each of the Defendants consented to the entry of partial judgments against them (Dkt. Nos. 2, 3, 4, 5), and, on April 28, 2022, the Court entered partial judgments against each of the Defendants (Dkt. Nos. 8, 9, 10, 11, collectively "the Judgments");

WHEREAS, pursuant to the Judgments, all that remains to be decided in the case is the amounts of disgorgement with prejudgment interest and civil penalty to be paid by Defendants (*See* Judgments at Section III (Dkt. Nos. 8, 9) and Section IV (Dkt. Nos. 10, 11));

WHEREAS, pursuant to the Judgments, the amounts of disgorgement with prejudgment interest and civil penalty to be paid by Defendants are to be determined by the Court at a hearing upon motion of the SEC (*Id.*);

WHEREAS, on April 27, 2022, the Court entered a Discovery and Pretrial Scheduling Order (Dkt. No. 6) setting discovery and pretrial deadlines, including a date of August 25, 2022, to complete all discovery and file all pretrial, discovery, and dispositive motions;

WHEREAS, on two prior occasions, upon stipulation of the parties, the Court has extended the discovery and pretrial deadlines in this matter (*See* Dkt Nos. 15, 19);

THIRD JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE
1

WHEREAS, pursuant to the Court's January 12, 2023 Order Granting Parties' Stipulated Motion for Extension of Discovery and PTO Deadlines (Dkt. No. 19), fact discovery closed on May 26, 2023;

WHEREAS, on June 27, 2023, the parties submitted a Joint Alternative Dispute Resolution Report pursuant to LR 16-4(d) in which the parties requested the Court's assistance in "[f]acilitating the assistance of another judge to conduct a settlement conference pursuant to LR 16-4(e)(2)(B)(i)" (Dkt No. 20);

WHEREAS, in order to afford the parties sufficient time to engage in settlement discussions without the need for motion practice, including the pursuit of ADR, the parties seek an extension of the current deadlines for briefing on the SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty;

WHEREAS, there is no trial date set in this matter and, pursuant to the Judgments, no trial will be necessary in this matter;

WHEREAS, Defendants and the SEC stipulate and agree that good cause exists to extend the currently scheduled deadlines in this action by approximately three months;

THEREFORE, the SEC and Defendants hereby stipulate to, and request the Court enter the attached [Proposed] Order modifying the case schedule as follows:

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | 7/14/2023 | 10/13/2023 |
| Opposition to SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | 8/4/2023 | 11/3/2023 |
| Reply in support of SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | 8/18/2023 | 11/17/2023 |

THIRD JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

**IT IS SO STIPULATED**.

DATED: June 29, 2023                SECURITIES AND EXCHANGE COMMISSION

                                    By:   /s/ Bernard B. Smyth
                                          BERNARD B. SMYTH

                                    Attorney for Plaintiff Securities and Exchange Commission


DATED: June 29, 2023                ANGELI LAW GROUP LLC

                                    By:   /s/ Peter D. Hawkes
                                          PETER D. HAWKES

                                    Attorney for Defendants American Equities, Inc., American Eagle Mortgage Management, LLC, and Ross C. Miles


DATED: June 29, 2023                FEDERAL PUBLIC DEFENDER'S OFFICE

                                    By:   /s/ Mark Ahlemeyer
                                          MARK AHLEMEYER

                                    Attorney for Defendant Maureen T. Wile


### LR 11-1(D)(2) CERTIFICATION

I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

                                    /s/ Bernard B. Smyth
                                    BERNARD B. SMYTH


THIRD JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

3

**[PROPOSED] ORDER**

Good cause appearing, it is hereby ORDERED that the deadlines set forth in the Court's January 12, 2023 Order Granting Parties' Stipulated Motion for Extension of Discovery and PTO Deadlines (Dkt. No. 19) are hereby modified as follows:

| Case Deadline | Date |
| --- | --- |
| SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | October 13, 2023 |
| Opposition to SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | November 3, 2023 |
| Reply in support of SEC's Motion for Disgorgement with Prejudgment Interest and Civil Penalty | November 17, 2023 |

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE